UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R # 283335

IN RE:　　　　　　　　　　　　　　CASE NO.   09-14303-BKC-RAM
REYNIER TORRES

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOV 13 2009

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 11,654.30 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $     .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

　　　Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

　　　WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____NOV 12 2009_____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY N. HERKERT
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE

Copies to:

REYNIER TORRES
16521 SW 144 CT
MIAMI, FL 33177

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

SAXON MORTGAGE
4708 MERCANTILE DRIVE
FORT WORTH, TX 76137

SAXON MORTGAGE
4708 MERCANTILE DRIVE
FORT WORTH, TX 76137

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  09-14303-BKC-RAM
REYNIER TORRES


CHAPTER 13


REYNIER TORRES

16521 SW 144 CT
MIAMI, FL 33177


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


SAXON MORTGAGE                    ---------$       9,129.81
4708 MERCANTILE DRIVE
FORT WORTH, TX 76137                   UNDELIVERABLE/STALE
                                       CLAIM REGISTER# 3


SAXON MORTGAGE                    ---------$       2,524.49
4708 MERCANTILE DRIVE
FORT WORTH, TX 76137                   UNDELIVERABLE/STALE
                                       CLAIM REGISTER# 3


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130